UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,                              Civil No. 12-13248
                                                    Hon. Lawrence P. Zatkoff

-vs-

$28,975.00 IN U.S. CURRENCY; ONE 2010
DODGE CHALLENGER VIN 2B3CJ7DW5AH131800
AND ALL SETS OF KEYS; ONE 2010 DODGE
RAM, VIN 3D7JV1ET0AG192005 AND ALL SETS
OF KEYS; ONE 1968 CHEVROLET CHEVELLE,
VIN 136378B225667 AND ALL SETS OF KEYS;
ONE 1976 CHEVROLET CORVETTE, VIN
1Z37L6S414235 AND ALL SETS OF KEYS;
ONE 2010 YAMAHA PERSONAL WATERCRAFT,
HULL ID YAMA3269C010 AND ALL SETS OF
KEYS; ONE 2010 PERSONAL WATERCRAFT
HULL ID YAMA2104D010 AND ALL SETS OF
KEYS; ONE 2011 YACHT CLUB TRAILER VIN
4H100171XB0454242 AND ALL SETS OF
KEYS; AND $ 2,570.25 IN U.S. CURRENCY
SEIZED FROM BANK OF AMERICA ACCOUNT
NUMBER 375007110068,

        Defendants *In Rem,*

-and-

TERRY TACKETT, JR.,

        Claimant.
_____/

**PROPOSED PARTIAL ORDER TO SET ASIDE CLERK'S DEFAULT**

      This matter having come before this Court pursuant to the entry of a Clerk's default, the Plaintiff's motion to enter a judicial default, and Terry Tackett, Jr., having filed a claim, answer the complaint and having opposed the motion;

IT IS HEREBY ORDERED that the Clerk's entry of default as against the property claimed by Terry Tackett, Jr., specifically, the 1968 Chevrolet Chevelle, the two personal watercraft, the trailer, and keys shall be set aside for the reasons placed on the record on April 4, 2013.

S/Lawrence P. Zatkoff  
Honorable Lawrence P. Zatkoff

Dated: April 17, 2013